**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**UNITED STATES OF AMERICA**

vs.                                                                        Case No. 8:08-cr-175-T-30TGW

**ARTAVIS D. DAWKINS**

_____/

**ORDER**

THIS CAUSE comes before the Court upon [Dkt. 25] Defendant's Motion to Correct Judgment and for Correction of Pre-Sentence Investigation Report as it Pertains to Sentencing and [Dkt. 26] Defendant's Waiver of Appearance for Court Hearing.

The defendant was sentenced before the Court on October 16, 2008 as to Counts One and Two of the Indictment. Count One charged the defendant with being a convicted felon in possession of a firearm in violation of 18 U.S.C. 922(g). Count Two of the Indictment charged the defendant with possession of cocaine base and marijuana in violation of 21 U.S.C. § 844(a). Defendant was sentenced to thirty-six (36) months of imprisonment as to Count One of the Indictment and a term of imprisonment of twelve (12) months as to Count Two of the Indictment, both terms to run concurrently. The defendant was further sentenced to thirty-six (36) months of supervised release as to Count One of the Indictment and a term of twelve (12) months of supervised release as to Count Two of the Indictment with the terms running concurrently. The Court ordered the defendant to pay a special assessment of

$200.00 which was due immediately. The special assessment was ordered based upon an amount of $100.00 per count of conviction.

Upon notification by the Probation Officer, counsel and the Court were advised that the Pre-Sentence Investigation Report (PSR) contained an error regarding the classification of Count Two of the Indictment. The PSR indicated that Count Two as a class E felony rather than the proper classification of Count Two being a class A misdemeanor. Although the correction as to Count Two does not impact the terms of imprisonment or supervised release, it does impact the special assessment amount. The special assessment amount for a misdemeanor offense is $25.00 per count of conviction pursuant to 18 U.S.C. § 3013(a)(1)(A)(iii).

The defendant has filed a motion requesting that his special assessment amount be corrected to reflect a total of $125.00; $100.00 as to Count One and $25.00 as to Count Two of the Indictment. The defendant also requests that his PSR be corrected to indicate that Count Two of the Indictment is a class A misdemeanor. The defendant has filed [Dkt. 26] which is a Waiver of Appearance for Court Hearing signed by the defendant and his counsel. The defendant voluntarily waives his right to be present for any hearings that may be necessary to correct the defendant's sentence.

The Court having reviewed said motion and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED that [Dkt. 25] Defendant's Motion to Correct Judgment and for Correction of Pre-Sentence Investigation Report as it Pertains to Sentencing is GRANTED.** An amended judgment will be issued correcting the

special assessment amount to $125.00; $100.00 as to Count One and $25.00 as to Count Two of the Indictment.  Further, the Probation Office is directed to make the appropriate corrections to the PSR as to the identification of Count Two being a class A misdemeanor. The corrected PSR shall be forwarded to the Bureau of Prisons.

    **DONE** and **ORDERED** in Tampa, Florida on October 27, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies to:**
Counsel of Record
U.S. Marshal
Bureau of Prisons

S:\Odd\2008\08-cr-175.correct judgment.Dawkins.wpd